IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

```
------------------------------------------------  :
UNITED STATES OF AMERICA                          :
                                                  : CASE NO.   1:06CR565
                                       Plaintiff  :
                                                  :
                    -vs-                          :
                                                  :
MARIO MINOR aka Rio                               : ORDER ACCEPTING PLEA AGREEMENT
                                                  : AND JUDGMENT AND NOTICE OF
                                      Defendant   : HEARING
------------------------------------------------  :
```

UNITED STATES DISTRICT JUDGE LESLEY WELLS

This case is before the Court on a Report and Recommendation filed by United

States Magistrate Judge Nancy A. Vecchiarelli regarding the change of plea hearing and

plea agreement of Mario Minor which was referred to the Magistrate Judge with the

consent of the parties.

On 6 December 2006, the government filed a three-count indictment against

Mario Minor for conspiracy to distribute cocaine base and cocaine in violation of 21

U.S.C. Section 846, and possession of cocaine base with intent to distribute in violation

of 21 U.S.C. Sections 841(a)(1)( and (b)(1)(C).  On 11 January 2007, a hearing was

held in which Mario Minor entered a plea of not guilty before Magistrate Judge

Kenneth S. McHargh.  On 24 April 2007, Magistrate Judge Vecchiarelli received Mario

Minor's plea of guilty and issued a Report and Recommendation ("R&R") concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the ten days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted.  Mario Minor is found to be competent to enter a plea.  He understands his constitutional rights.  He is aware of the charges and of the consequences of entering a plea.  There is an adequate factual basis for the plea.  The Court finds the plea was entered knowingly, intelligently, and voluntarily.  The plea agreement is approved.

Therefore, Mario Minor is adjudged guilty of the lesser offense set forth in Count One of the Indictment, conspiracy to distribute cocaine base (crack), in violation of 21 U.S.C. Sections 846 and 841(b)(1)(C).

Sentencing will be:

> **9 July 2007 at 10:30 a.m.**
>
> **Courtroom 19-A**
> **19th Floor, United States District Court**
> **801 West Superior Avenue**
> **Cleveland, Ohio 44113**

IT IS SO ORDERED.

Dated:  _15 May 2007_  _____
UNITED STATES DISTRICT JUDGE

2