IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

------------------------------------------------------  :
   UNITED STATES OF AMERICA         : CASE NO. 1: 06 CR 0565-5
                                                                            Plaintiff  :
                                                                            : <u>ORDER ADOPTING REPORT AND</u>
                          -vs-                             : <u>RECOMMENDATION</u>
                                                                             :
   MARIO MINOR,                              :
                                                                    Defendant.  :
------------------------------------------------------  :

UNITED STATES DISTRICT JUDGE LESLEY WELLS

      This matter was referred (Doc. 476) to Magistrate Judge Kenneth S. McHargh for a supervised release violation hearing.  The hearing was held on 17 December 2010, and a Report and Recommendation ("R&R") followed.  (Doc. 482).  The R&R advised finding Mr. Minor in violation of the terms of his supervised release, as admitted by the Defendant during the hearing, and advised imposing a sentence of eight months

incarceration with no further supervision to follow.

No party has objected to Magistrate Judge McHargh's recommendations. Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. Thomas v. Arn, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir. 1981).

Accordingly, the Court adopts Magistrate McHargh's recommendations, finds Mr. Minor in violation of the terms of his supervised release and imposes a sentence of eight months incarceration with no further supervision to follow.

IT IS SO ORDERED.

   /s/Lesley Wells
UNITED STATES DISTRICT JUDGE

Date: 3 January 2011